# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

### 2023 ND 184

In the Interest of P.R.-K., minor child

State of North Dakota,                                    Petitioner and Appellee

　　　v.

P.R.-K., child; P.R.-K., father;                                    Respondents

　　　and

C.B., mother,                                    Respondent and Appellant

### No. 20230281

In the Interest of K.R.-K., minor child

State of North Dakota,                                    Petitioner and Appellee

　　　v.

K.R.-K., child; P.R.-K., father;                                    Respondents

　　　and

C.B., mother,                                    Respondent and Appellant

### No. 20230282

Appeal from the Juvenile Court of Ward County, North Central Judicial District, the Honorable Kelly A. Dillon, Judicial Referee.

AFFIRMED.

Per Curiam.

Rozanna C. Larson, State's Attorney, Minot, ND, for petitioner and appellee.

Kiara C. Kraus-Parr, Grand Forks, ND, for respondent and appellant.

**Interest of P.R.-K. and K.R.-K.**
Nos. 20230281 & 20230282

**Per Curiam.**

[¶1]   C.B. appeals from the juvenile court's order terminating parental rights to her two minor children, P.R.-K. and K.R.-K. C.B. argues the court erred in finding conditions and causes of deprivation are likely to continue. C.B. also argues the court erred in finding the children will suffer physical, mental, moral or emotional harm without termination. The record supports the court's findings by clear and convincing evidence that a child tested positive for THC and methamphetamine, and C.B. continued using methamphetamine, was homeless, lacked employment, and had suicidal tendencies. Those findings are not clearly erroneous.

[¶2]   The juvenile court found the children spent over 450 of the last 660 nights in the care, control, and custody of the human service zone and are in need of protection. The record supports the court's findings, and they are not clearly erroneous. Based on the findings, the court did not abuse its discretion terminating C.B.'s parental rights. We summarily affirm under N.D.R.App.P. 35.1(a)(2) and (4).

[¶3]   Jon J. Jensen, C.J.
         Daniel J. Crothers
         Lisa Fair McEvers
         Jerod E. Tufte
         Douglas A. Bahr